IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM J. JOHNSON, | ) | |
| | ) | NO. 1:09-00085 |
| Petitioner, | ) | JUDGE HAYNES |
| | ) | |
| v. | ) | |
| | ) | |
| JOE EASTERLING, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

A status conference is set in this action for **Monday, June 21, 2010 at 1:20 p.m.**

It is so **ORDERED**.

**ENTERED** this the 6th day of May, 2010

WILLIAM J. HAYNES, JR.
United States District Judge