UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM J. JOHNSON )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>JOE EASTERLING, Warden )<br>)<br>Respondent. ) | No.1:09-CV-00085<br>JUDGE HAYNES |

## JOINT MOTION TO STAY AND ABEY

Consistent with the procedures outlined in *Rhines v. Weber*, 544 U.S. 269, 277 (2005), the parties jointly move the Court to hold in abeyance these habeas-corpus proceedings pending the Petitioner William Johnson's return to state court to exhaust certain claims.

*ORDER*

This motion is GRANTED, but this action is also ADMINISTRATIVELY CLOSED and may be reopened upon motion of either party.

[signature]
U.S.D.J.
6-29-10

Respectfully submitted,

s/ *Michael C. Holley*
MICHAEL C. HOLLEY (BPR# 021885)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
michael_holley@fd.org
Attorney for William J. Johnson


ROBERT E. COOPER, JR.
Attorney General & Reporter


/s/ *Andrew H. Smith*
ANDREW H. SMITH
Assistant Attorney General
Criminal Justice Division
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-4349
B.P.R. No. 26594
Andrew.Smith@ag.tn.gov
Attorney for Respondent Joe Easterling